NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle So., Ste. 150
San Diego, CA 92108
Tel: 619-758-1891  Fax: 619-296-2013
dkirkpatrick@sessions.legal

ATTORNEY(S) FOR: Diversified Consultants, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON G. MARTINEZ, individually and on behalf of all others similarly situated, <br> Plaintiff(s), <br> v. <br> DIVERSIFIED CONSULTANTS, INC., <br> Defendant(s) | CASE NUMBER: <br> 18-cv-05646 <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Diversified Consultants, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Diversified Consultants, Inc. | Defendant |

July 26, 2018
Date

/s/ Debbie P. Kirkpatrick
Signature

Attorney of record for (or name of party appearing in pro per):

Diversified Consultants, Inc.