UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

CASE NO.:  CV 18-05646 SJO (MAAx)            DATE:  October 4, 2018

TITLE:    Ramon G. Martinez v. Diversified Consultants, Inc.

========================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                       Not Present
Courtroom Clerk                                   Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                       Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Ramon G. Martinez [ECF # 16] . Accordingly, the Court Orders that this matter shall be dismissed pursuant to the STIPULATION to Dismiss.

All pending hearings are vacated and taken off this Court's calendar.